**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| **PRIVATE LENDER NETWORK, LLC** | § § | Case No. 25-10742-smr |
| **Debtor.** | § § | Chapter 11 |

**JOINDER OF DAVID QUY AND BETH QUY TO THE MOTION TO (A) DISMISS THIS BANKRUPTCY CASE PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, (B) APPOINT A CHAPTER 11 TRUSTEE PURSUANT TO SECTION 1104 OF THE BANKRUPTCY CODE [ECF 70]**

TO THE HONORABLE SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, David and Beth Quy (the "Quys"), by and through their counsel of record Leslie M. Luttrell of Luttrell + Carmody Law Group, and files this this Joinder to the *Motion to (A) Dismiss this Bankruptcy Case Pursuant to Section 1112 of the Bankruptcy Code or, in the Alternative, (B) Appoint a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code [ECF 70]* (the "Motion") filed herein by House Mosaic Holdings, LLC ("House Mosaic"), and in support thereof would show to the Court the following:

1. the Quys join in the relief requested by House Mosaic in the Motion and further request that the Court exercise its discretion as permitted under 11 U.S.C. §1112(a). *See In re Timbers of Inwood Forest Associates, Ltd*., 808 F.2d 363 (5th Cir. 1987); *Double H Transp. LLC v. Odell (In re Double H Transp. LLC)*, 603 F. Supp.3d 468 (W.D. Tex. 2022).

2. At the hearing scheduled with respect to the Motion, the Quys reserves the right to participate in the hearing, examine witnesses, and/or present additional evidence to support the relief sought by House Mosaic or any other party joining in the Motion.

3. The Quys reserve the right to withdraw, amend, and/or supplement this

Joinder prior to the hearing scheduled with respect to the Motion.

WHEREFORE, the Quys respectfully requests that the Court grant the relief requested by House Mosaic and that the Quys have such other and further relief at law or in equity to which it may be justly entitled.

Dated this 13th day of October, 2025.

Respectfully submitted,

Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.  210.426.3600
Fax  210.426.3610

By: /s/ Leslie M. Luttrell
      Leslie M. Luttrell
      State Bar No. 12708650
      luttrell@lclawgroup.net

**ATTORNEYS FOR DAVID QUY and BETH QUY**

## CERTIFICATE OF SERVICE

      I do hereby certify that on the 13th day of October, 2025 I caused a copy of the foregoing instrument to be served to the Debtor, Debtor's Counsel, Trustee, and all parties listed on the attached service list either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
Private Lender Network, LLC
9050 N. Capital of Texas Highway
Bldg. 3, #260
Austin, TX 78759

**Trustee**
Office of The United States Trustee
903 San Jacinto Blvd, Room 230
Austin, TX 78701

**Attorney for Debtor**
Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757

D. Todd Smith
Texas Appellate Counsel PLLC
P.O. Box 160157
Austin, TX 78716

/s/ Leslie M. Luttrell
Leslie M. Luttrell